## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**PETER MCGARRY,**

      **Plaintiff,**

**v.**                                        **Case No:5:12-CV-35-Oc-10PRL**

**DERWOOD LAMONTE JONES, VON
PARIS ENTERPRISES, INC., UNITED
VAN LINES, L.L.C. and B. VON PARIS
AND SONS, INC.**

      **Defendants.**

_____

## ORDER

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Memorandum in Opposition to Defendants' Motion for Bifurcation for Noncompliance with Local Rule 3.01(B). (Doc. 56).  On March 22, 2013, Defendants filed the Motion to Bifurcate the Trial as to Liability and Damages. (Doc. 45).  Plaintiff concedes that he untimely filed his response on April 15, 2013 due to a calendaring error.  Defendants move the Court to strike Plaintiff's untimely response.

Upon due consideration, Defendants' Motion to Strike (Doc. 56) is **DENIED**. Defendants have not suffered any prejudice due to the one-week filing delay and the Court would rather resolve the issue of bifurcation on the merits with the benefit of Plaintiff's response. Plaintiff, however, is cautioned to ensure future compliance with the Local Rules.

**DONE** and **ORDERED** in Ocala, Florida on April 22, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties